STEPHANIE BIRD and Another, Respondents, v. BELLEAIRE HOTEL CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.; Merrell, J., dissenting.